No. 00–1290. IN RE PERRY. Motion of petitioner to defer consideration of petition for writ of mandamus and/or prohibition denied. Petition for writ of mandamus and/or prohibition denied.

No. 97–8812. LAMBERT *v.* BLACKWELL, ADMINISTRATOR, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–584. WILLIAM *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 00–607. GRAY *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 00–650. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS *v.* KAMUF. C. A. 8th Cir. Certiorari denied.

No. 00–711. RICCIARDI ET AL. *v.* GRANT ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–770. KAISER ALUMINUM & CHEMICAL CORP. *v.* DEPARTMENT OF LABOR, MINE SAFETY AND HEALTH ADMINISTRATION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–788. ZEIREI AGUDATH ISRAEL BOOKSTORE ET AL. *v.* AVIS RENT-A-CAR SYSTEM, INC. C. A. 11th Cir. Certiorari denied.

No. 00–869. WILSON *v.* HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–919. STEVENSON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 00–947. WILSON *v.* NEAL. Sup. Ct. Ark. Certiorari denied.